

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ATTACHMENT 1

JACQUELINE M. BREWINGTON
PLAINTIFF(S)

V.                                    CIVIL ACTION

                                      NO: P-2235

                                      NO: SUCV2003-00914-E
NANCY COLEMAN
DEFENDANT(S)

## COMPLAINT

### Parties

1. The plaintiff, Jacqueline M. Brewington is the owner of 25 BODWELL STREET, DORCHESTER, BOSTON, MASSACHUSETTS, 02125. and a citizen of the United States. I, Jacqueline M. Brewington was force out of my home. so I now reside(s) at 149 Chestnut St. Apt#3. Chelsea, Mass. 02150.

2. The defendant Nancy Coleman is a resident at 92 Bird St. Dorch, Boston, Mass. 02125. and a citizen of the United States

### Jurisdiction

3. This court has jurisdiction over this matter pursuant to 28 U.S.C. §1332.

### Facts

4. The plaintiff, Jacqueline M. Brewington states that the defendant Nancy Coleman entered into a verbal agreement many of years ago. All while I, Jacqueline M. Brewington was fighting with the co-defendants over my home and property the defendant, Nancy Coleman was trying to steal my (2) two car garage. The defendant, Nancy Coleman knew all along that I, Jacqueline M. Brewington own 25 Bodwell St. Dorch, Boston, Mass. 02125. All while I was fighting the defendant, Nancy was peeking to see if she could steal a piece of my property as she did. The defendant, Nancy told me that the co-defendant James D. Hill told her that he brought my home from me but the defendant, Nancy Coleman did not give him my (2) two car garage because she knew that I was fighting for my home and it was just the right time she could steal right along with the rest of the defendants.

(Pg 2)

Facts

4. The plaintiff, Jacqueline M. Brewington states that the defendant, Nancy Coleman and I and my deceased mother did have a verbal agreement but the defendant, Nancy Coleman broke that agreement and once she told me what the co-defendant, James D. Hill told her the defendant, Nancy Coleman was avoiding me and she had her son getting smart out of his mouth telling me to do what I have to do. So, I, Jacqueline M. Brewington sent the defendant, Nancy Coleman a letter telling the defendant that she is no longer welcome to use my (2) two car garage. The defendant, Nancy Coleman did not once pick up her phone to call me nor did she write me back. So I, Jacqueline drove by my home and the defendant, Nancy Coleman was still using my garage as if she wasn't going to take what I said to her seriously, so I, Jacqueline sent the defendant, Nancy Coleman a second letter telling the defendant, Nancy Coleman to pay me $200,000 dollars per month for her continue to use my (2) two car garage.

5. The plaintiff, Jacqueline M. Brewington states that the defendant, Nancy Coleman live on 92 Bird St. Dorch, Mass. 02125. but for some reason the defendant was alway on Bodwell St. I Jacqueline was trying to understand why the defendant, Nancy Coleman was hanging around my garage now I know she was trying to steal my (2) two car garage like she did now the defendant, Nancy Coleman can keep her butt on her property and off my property.

6. The plaintiff, Jacqueline M. Brewington states that the defendant, Nancy Coleman alway knew I own my home and she was trying to act like she could tell me what someone else told her the defendant, Nancy Coleman is very dishonest and she is very deceitful as well as very unkind and I, Jacquelin don't want nothing else to do with the defendant, Nancy Coleman ever again.

7. The plaintiff, Jacqueline M. Brewington states that the defendant, Nancy Coleman need to find out where the co-defendant, James D. Hill live at and that way she can park her cars in his driveway.

8. The plaintiff, Jacqueline M. Brewington states the relief that she is seeking.

9. WHEREFORE: the plaintiff demands judgment against the defendant, for damages and such other relief as this Court deems just.

The plaintiff, Jacqueline m. Brewington demands that the defendant, Nancy Coleman fix and repairs all damages to my garage that she has caused while using my garage.

The plaintiff, Jacqueline M. Brewington demands that the defendant, Nancy Coleman pay the plaintiff in the sum of $200,000 dollars.

over

The plaintiff, Jacqueline M. Brewington demands a trial by jury.

DATE: 3/25/2004

                        Respectfully, Submitted.

                        Signature: *Jacqueline M. Brewington*
                        Name: JACQUELINE M. BREWINGTON
                        Address: 149 Chestnut St. Apt#3
                              Boston, Massachusetts, 02150.
                        Telephone: 1-617-884-4334