UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JACQUELINE M. BREWINGTON,
    Plaintiff,

v.

NANCY COLEMAN,
    Defendant.

Civil Action No. 04-10598-MEL

JACQUELINE M. BREWINGTON,
    Plaintiff,

v.

KRIS GROTELUESCHEN
and AUBREY O. FRANCOIS,
    Defendant.

Civil Action No. 04-10609-MEL

ORDER OF DISMISSAL

LASKER, D.J.

In accordance with this Court's order dated March 31, 2004, it is ORDERED that the within actions be and are hereby dismissed.

By the Court,

s/ Linn A. Weissman
Deputy Clerk

Date April 1, 2004

(noticeofdismissal.wpd - 12/98)  [odism.]